**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-1874**

───────────

CHARLES T. SHERWIN,

Plaintiff - Appellant,

versus

PINEHURST ASSISTED LIVING RETIREMENT COMMU-
NITY, L.L.C.,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  James C. Fox, Senior District
Judge.  (CA-00-375-5-F)

───────────

Submitted:  November 8, 2001          Decided:  November 15, 2001

───────────

Before WILKINS, MICHAEL, and KING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Charles T. Sherwin, Appellant Pro Se.  John Benton Morris,
KILPATRICK STOCKTON, L.L.P., Winston-Salem, North Carolina; Daryl
Eugene Webb, Jr., TROUTMAN, SANDERS, MAYS & VALENTINE, L.L.P.,
Richmond, Virginia; Kathryn F. Twiddy, MCCANDLISH, KAINE & GRANT,
Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles T. Sherwin appeals the district court's order granting summary judgment to his former employer in his civil action in which he alleged claims of employment discrimination based on disability and retaliatory discharge. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court on the retaliatory discharge claim and on the employment discrimination claim to the extent the court found Sherwin was not a qualified individual with a disability. Sherwin v. Pinehurst Assisted Living Retirement Community, L.L.C., No. CA-00-375-5-F (E.D.N.C. May 23, 2001). We deny Sherwin's motion for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2